**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JERROD WILSON** | **DOCKET NO. 2:23-cv-01665** |
| **D.O.C. # 1492339** | **SECTION P** |
| | |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| | |
| **MONIQUE COVEL, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant suit be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions be **DENIED AS MOOT.**

**THUS DONE AND SIGNED** in Chambers on the 8th day of January, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**